**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ruby Nance, Thomas Glenn, and John Doe, Defendants,

Of whom Thomas Glenn is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-000747

---

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2022-UP-460
Submitted December 8, 2022 – Filed December 16, 2022

---

**AFFIRMED**

---

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Thomas Glenn appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Glenn's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.